DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTHONY STEPHEN,**
Appellant,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY,**
Appellee.

No. 4D21-3440

[April 6, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry Stone, Senior Judge; L.T. Case No. CACE19-12642.

Catherine A. Riggins, Miami, for appellant.

Brian Pantaleo of Greenberg Traurig, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***